IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re ANTHONY LEE BRYANT, V69556,

    Plaintiff.

_____

No. C 13-0148 CRB (PR)

ORDER OF DISMISSAL

On January 11, 2013, the clerk filed as a new prisoner action a letter by plaintiff complaining of the conditions of his confinement. On that same date, the court notified plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite $350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application. Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

More than 40 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED: Feb. 20, 2013

_____
CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.13\Bryant, A.13-0148.dsifp.wpd